

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00204-CR

David **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-11-25-CR-B
Honorable W.C. Kirkendall, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED February 8, 2017.

_____
Karen Angelini, Justice